HENRY KROGER and Others v. HUGO JABURG, JR., Also Known as HUGO F. JABURG, and Others.— Motion granted so far as to permit the record to be withdrawn and reprinted with the erasures in the marked copy of the amended complaint indicated by underlining or italics, instead of by crossing out the lines and pages and parts thereof with ink, and omitting the unmarked copy of said amended complaint, and the record recertified, or certification thereof waived, and re-presented for filing. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REEVE & SCHUMANN, INC., v. "ALICE" L. ARCHARD, etc., and Others, Impleaded with LEE J. EASTMAN.— Motion denied, with leave to move at Special Term for the same relief. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BEN HERMAN, Alias BENJAMIN H. REIBMAN.— Motion granted, and the time of appellant within which to serve and file the record on appeal and appellant's points extended to and including October 28, 1930, with notice of argument for November 18, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAE L. BREARTON v. CORA E. DEWITT and Others, as Executors, etc.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOUTH CAROLINA PRODUCE ASSOCIATION v. P. S. COLLINS & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before November 1, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK HENRY CARROLL v. LOUIS SCHWARTZ and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before November 7, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SVEA P. DANZILO v. ACIERNO AMUSEMENT CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL DAVIS, Doing Business, etc., v. THE STEARN COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WINTER RUSSELL, as Receiver, etc., v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RUSSELL AUSTIN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CAMELLO BAGUE.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.